**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-08388-JHN-RZx | Date | July 13, 2010 |
|---|---|---|---|
| Title | Tauna Thompson v. Smith Dean & Associates | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**     ORDER DISMISSING CASE (In Chambers)

In this Court's June 16, 2010 Order, Plaintiff was permitted to file an amended complaint by **no later than July 9, 2010** to correct the pleading deficiencies.  (Docket no. 13.)  Plaintiff was informed that "[f]ailure to respond by the above date will result in the Court dismissing this action."  (*Id*. at 2.)  No amended complaint having been filed, the matter is hereby DISMISSED.

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |